**15-25-00012-CV**

TRIAL COURT CASE NO. _____

§ IN THE DISTRICT COURT
§ FILED IN
§ 15th COURT OF APPEALS
§ _____ COUNTY, TEXAS
§ AUSTIN, TEXAS
§ 2/5/2025 1:24:43 PM
§ JUDICIAL DISTRICT
§ CHRISTOPHER A. PRINE
Clerk

# DISTRICT CLERK'S INFORMATION SHEET

THE FOLLOWING INFORMATION HAS BEEN COMPILED BY THE DISTRICT CLERKS OFFICE:

Date of order appealed: _____

Type of Order (Interlocutory or Final) _____

Date Motion for New Trial Filed: _____

Request for Findings of Fact and Conclusions of Law filed: _____

Date Notice of Appeal Filed: _____

Name of judge who entered judgment: _____

Name of court reporter: _____

    Address of court reporter: _____

Name of attorney on appeal: _____ SB#: _____

    Attorney Address: _____

    Attorney E-Mail Address: _____

    Attorney on appeal (check applicable box):

        ☐ appointed      ☐ retained      ☐ Pro Se

Name of Appellee's Attorney: _____ SB# _____

    Attorney Address: _____

    Attorney E-Mail Address: _____

**Send Information Sheet, Notice of Appeal and Motion for New Trial (if filed) to:**

Third Court of Appeals (E-Mail Copy in PDF format to: 3rdClerksAndReporters@txcourts.gov)

Court Reporter: _____E-Mail _____Hand Delivery _____Mail

On_____ By:_____(clerk's initials)

1/23/2025 12:05 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-23-006445
Rosa Oneal

CAUSE NO. D-1-GN-23-006445

| | | |
|---|---|---|
| 8317 CROSS PARK, LLC | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| STATE OF TEXAS, acting by and through the Texas Facilities Commission, for and on behalf of the Texas Health and Human Services Commission; THE TEXAS FACILITIES COMMISSION; MIKE NOVAK, in his Official Capacity as Executive Director of the Texas Facilities Commission; THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION; and CECILE ERWIN YOUNG, in her Official Capacity as Executive Commissioner of the Texas Health and Human Services Commission, GLENN HEGAR, Texas Comptroller of Public Accounts; and ROLLAND NILES in his Official Capacity as Deputy Executive Commissioner for the System Support Services division of the Texas Health and Human Services Commission, | § § § § § § § § § § § § § § § § § § § § § § § | TRAVIS COUNTY, TEXAS

98TH JUDICIAL DISTRICT |
| *Defendants.* | § | |

---

**DEFENDANTS STATE OF TEXAS, THE TEXAS FACILITIES COMMISSION, MIKE NOVAK, THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION, AND ROLLAND NILES'S NOTICE OF ACCELERATED INTERLOCUTORY APPEAL AND AUTOMATIC STAY**

---

Pursuant to Texas Rules of Appellate Procedure 25.1(a) and 26.1(b), Defendants, the State of Texas, the Texas Facilities Commission, the Texas Health and Human Services Commission, Mike Novak, in his Official capacity as Executive Director of the TFC, and Rolland Niles, in his Official Capacity as Deputy Executive Commissioner for the System Support Services division of HHSC (collectively "Defendants"), gives notice of an appeal of the Court's order of January 17, 2025. Said order granted-in-part and denied-in-part Defendants' Amended Plea to the Jurisdiction to Second Amended Petition.[1]

Defendants are entitled to an interlocutory appeal pursuant to Civil Practice and Remedies Code section 51.014(a)(8), which allows for an immediate appeal from an order that denies a plea to the jurisdiction. Defendants appeal to the Fifteenth Court of Appeals. This is an accelerated appeal as provided by Texas Rule of Appellate Procedure 28.1. This is not a parental termination or child protection case, as defined by Rule 28.4.

Pursuant to Texas Civil Practice and Remedies Code 51.014(b), all further proceedings in this court are stayed pending resolution of Defendants' appeal. Pursuant to section 6.001, as governmental entities and officers, Defendants are not required to file a supersedeas bond for court costs. Defendants' appeal is therefore perfected upon the filing of the notice of appeal.

---

[1] All claims were dismissed against Defendants Cecile Erwin Young, in her Official Capacity as Executive Commissioner of the HHSC, and Glenn Hegar, Texas Comptroller of Public Accounts, and they do not appeal.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Division Chief, General Litigation Division

/s/ Alyssa Bixby-Lawson
ALYSSA BIXBY-LAWSON
Attorney-in-Charge
Texas Bar No. 24122680
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(210) 270-1118 | FAX: (512) 320-0667
Alyssa.Bixby-Lawson@oag.texas.gov

*Counsel for Defendants, State of Texas, the Texas Facilities Commission, the Texas Health and Human Services Commission, Mike Novak, in his Official capacity as Executive Director of the TFC, and Rolland Niles, in his Official Capacity as Deputy Executive Commissioner for the System Support Services division of HHSC*

## CERTIFICATE OF SERVICE

I certify that on January 23, 2025, the foregoing *Defendants, State of Texas, the Texas Facilities Commission, Mike Novak, the Texas Health and Human Services Commission, and Rolland Niles's, Notice of Accelerated Interlocutory Appeal and Automatic Stay* was filed with the Clerk of this Court and served on the following parties of record via EFileTexas.gov efiling service.


R. Kemp Kasling
LAW OFFICES OF R. KEMP KASLING
5511 Parkcrest Drive, Suite 110
Austin, Texas 78731
kkasling@khdalaw.com

*Counsel for Plaintiff*


 /s/ *Alyssa Bixby-Lawson*
ALYSSA BIXBY-LAWSON
Assistant Attorney General

4

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Victoria Gomez on behalf of Alyssa Bixby-Lawson
Bar No. 24122680
victoria.gomez@oag.texas.gov
Envelope ID: 96521374
Filing Code Description: Notice of Appeal
Filing Description: DEFENDANTS STATE OF TEXAS, THE TEXAS FACILITIES COMMISSION, MIKE NOVAK, THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION, AND ROLLAND NILES'S NOTICE OF ACCELERATED INTERLOCUTORY APPEAL AND AUTOMATIC STAY
Status as of 1/24/2025 8:56 AM CST

Associated Case Party: 8317 CROSS PARK, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kemp Kasling | | kkasling@kaslinglaw.com | 1/23/2025 12:05:07 PM | SENT |

Associated Case Party: STATE OF TEXAS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Alyssa Bixby-Lawson | 24122680 | alyssa.bixby-lawson@oag.texas.gov | 1/23/2025 12:05:07 PM | SENT |
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 1/23/2025 12:05:07 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Sara W.Clark | | sclark@scottdoug.com | 1/23/2025 12:05:07 PM | SENT |
| Elena Bendea | | Elena.Bendea@cpa.texas.gov | 1/23/2025 12:05:07 PM | SENT |
| Jennie H.Hilbig | | hennie.hilbig@oag.texas.gov | 1/23/2025 12:05:07 PM | ERROR |

CAUSE NO. D-1-GN-23-006445

| | | |
|---|---|---|
| **8317 CROSS PARK, LLC,** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **STATE OF TEXAS, acting by and through the** | § | |
| **Texas Facilities Commission, for and on behalf** | § | |
| **of the Texas Health and Human Services** | § | |
| **Commission; THE TEXAS FACILITIES** | § | |
| **COMMISSION; MIKE NOVAK, in his Official** | § | |
| **Capacity as Executive Director of the Texas** | § | |
| **Facilities Commission; THE TEXAS HEALTH** | § | **TRAVIS COUNTY, TEXAS** |
| **AND HUMAN SERVICES COMMISSION;** | § | |
| **CECILE ERWIN YOUNG, in her Official** | § | |
| **Capacity as Executive Commissioner of the** | § | |
| **Texas Health and Human Services Commission;** | § | |
| **GLENN HEGAR, Texas Comptroller; and** | § | |
| **ROLLAND NILES, in his Official Capacity** | § | |
| **As Deputy Executive Commissioner for the** | § | |
| **System Support Services Division of the Texas** | § | |
| **Health and Human Services Commission,** | § | |
| | § | |
| **Defendant** | § | **98TH JUDICIAL DISTRICT** |

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' AMENDED PLEA TO THE JURISDICTION TO SECOND AMENDED PETITION

On this day, the Court considered Defendants' Amended Plea to the Jurisdiction to Second Amended Petition (the "Plea"). After considering the Plea, Plaintiff's Response, Defendants' Reply, the evidence presented, and the arguments of counsel, the Court finds that the Plea should be and hereby is GRANTED as to: (i) Defendant CECILE ERWIN YOUNG in her Official Capacity as Executive Commissioner of the Texas Health and Human Services Commission, and (ii) GLENN HEGAR, Texas Comptroller of Public Accounts. In all other respects, the Plea should be and hereby is DENIED.

4867-4763-0032

Signed this __17th__ day of January, 2025.

_____

Honorable Laurie Eiserloh

AGREED AS TO FORM:

_R. Kemp Kasling_____   _____Alyssa Bixby-Lawson_____

R. Kemp Kasling        Alyssa Bixby-Lawson

Counsel for Plaintiff        Counsel for Defendants